| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE    (425) 458-2121<br>FACSIMILE    (425) 458-2131 | Honorable Judge Karen A. Overstreet<br>Chapter 7<br>Hearing Location: Marysville<br>Hearing Date: September 22, 2010<br>Hearing Time: 10:30 am<br>Response Date: September 15, 2010 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Joey P Sumabat<br>Lisa E Sumabat<br><br>                Debtors. | No.: 10-12385-KAO<br><br>ORDER GRANTING RELIEF FROM STAY<br>TO NATIONSTAR MORTGAGE LLC |

      This matter came before the Court upon Nationstar Mortgage LLC's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Nationstar Mortgage LLC's motion and further as to the property located at 1128 211th Place SW, Lynnwood, Washington 98036 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

      ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Nationstar Mortgage LLC, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Nationstar Mortgage LLC's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 10-12385-KAO    Doc 59    Filed 09/21/10    Ent. 09/21/10 09:07:08    Pg. 1 of 2

or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ James K. Miersma
James K. Miersma, WSBA# 22062
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 10-12385-KAO    Doc 59    Filed 09/21/10    Ent. 09/21/10 09:07:08    Pg. 2 of 2